CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
DONNA MENDOZA MITCHELL, ESQ.
Nevada Bar No. 2755
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-5505
Email: dmendoza-mitche@interact.ccsd.net
Email: redmopv@interact.ccsd.net
*Attorneys for Defendant, CCSD*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| O.R., by and through her Parents, Sig and Lori Rogich and Sig and Lori Rogich, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 2:17-cv-01541-RFB-NJK<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

Defendant, CLARK COUNTY SCHOOL DISTRICT hereby substitutes CARLOS L. MCDADE, General Counsel, 5100 West Sahara Avenue, Las Vegas, Nevada 89146, telephone (702) 799-5373, as attorney of record in place and stead of DONNA MENDOZA MITCHELL, Deputy General Counsel, 5100 West Sahara Avenue, Las Vegas, Nevada 89146, telephone (702) 799-5373.

DATED this 22nd day of September, 2017.

CLARK COUNTY SCHOOL DISTRICT

By: *Pat Skully*

Its: *Superintendent*

I consent to the above substitution.

DATED this 22nd day of September, 2017.

                                        CLARK COUNTY SCHOOL DISTRICT
                                        OFFICE OF THE GENERAL COUNSEL

By: _/s/ Donna Mendoza Mitchell_
DONNA MENDOZA MITCHELL, ESQ.
Nevada Bar No. 2755
5100 West Sahara Avenue
Las Vegas, NV 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-5505

I am duly admitted to practice in this District. The undersigned hereby consents to be substituted as the attorney for Defendant.

DATED this 22nd day of September, 2017.

                                        CLARK COUNTY SCHOOL DISTRICT
                                        OFFICE OF THE GENERAL COUNSEL

By: _/s/ Carlos McDade_
CARLOS L. MCDADE, ESQ.
Nevada Bar No. 11205
5100 West Sahara Avenue
Las Vegas, NV 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-5505

IT IS SO ORDERED.

Dated: September 25, 2017

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE