CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CARLOS L. MCDADE, ESQ.
Nevada Bar No. 11205
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Email: mcdadcl@nv.ccsd.net
Email: redmopv@nv.ccsd.net
*Attorneys for Defendant, Clark County School District*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| O.R., by and through her Parents, Sig and Lori Rogich and Sig and Lori Rogich, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 2:17-cv-01541-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON COUNTS II AND III OF THE COMPLAINT**<br>(First Request) |

COMES NOW, Plaintiff and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree that the District may have up to and including February 26, 2018, to respond to PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON COUNTS II AND III OF THE COMPLAINT (hereinafter referred to as "the Motion") in this matter. The Motion was served on January 22, 2018; therefore, the current response date is February 12, 2018. This is the first request for an extension to the response due date.

This request is being entered for good cause, in good faith, and not for reason of delay. Although District's counsel has been actively working on a response to the Motion, she has been called out of state to address the severe medical needs of an elderly parent.

THEREFORE, the parties respectfully request the response due date be extended fourteen (14) days up to and including February 26, 2018.

DATED this 9th day of February, 2018.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/ Phoebe V. Redmond
    PHOEBE V. REDMOND, ESQ.
    Nevada Bar No. 9657
    5100 West Sahara Avenue
    Las Vegas, Nevada 89146
    *Attorneys for Defendant, CCSD*

FREEMAN LAW OFFICES, LLC

By: /s/ Hillary D. Freeman
    HILLARY D. FREEMAN, ESQ.
    N.J. Attorney I.D. No. 002362006
    (Admitted *Pro Hac Vice*)
    103 Carnegie Center, Suite 101
    Princeton, New Jersey 08540
    *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of February, 2018.