CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CARLOS L. MCDADE, ESQ.
Nevada Bar No. 11205
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Email: redmonv@interact.ccsd.net

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| O.R., by and through her Parents, Sig and Lori Rogich and Sig and Lori Rogich, Individually,<br><br>Plaintiffs,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.: 2:17-cv-01541-RFB-NJK<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

Defendant, CLARK COUNTY SCHOOL DISTRICT hereby substitutes JON M. OKAZAKI, Interim General Counsel, 5100 West Sahara Avenue, Las Vegas, Nevada 89146, telephone (702) 799-5373, as attorney of record in place and stead of CARLOS L. MCDADE, ESQ.

DATED this 30th day of August, 2018.

CLARK COUNTY SCHOOL DISTRICT

By: /s/ Phoebe V. Redmond
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
5100 West Sahara Avenue
Las Vegas, NV 89146

Page 1

I consent to the above substitution.

DATED this 29th day of August, 2018.

By: _____
CARLOS L. MCDADE, ESQ.
Nevada Bar No. 11205

I am duly admitted to practice in this District. The undersigned hereby consents to be substituted as the attorney for Defendant.

DATED this 30th day of August, 2018.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: _____
JON M. OKAZAKI, ESQ.
Nevada Bar No. 4710
5100 West Sahara Avenue
Las Vegas, NV 89146
Telephone: (702) 799-5373

APPROVED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 30, 2018