CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Telephone:  (702) 799-5373
Email:  redmopv@nv.ccsd.net
*Attorney for Defendant, Clark County School District*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| O.R., BY AND THROUGH HER PARENTS, SIG AND LORI ROGICH AND SIG AND LORI ROGICH, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.:  2:17-cv-01541-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>**[FIRST REQUEST]** |

COMES NOW, Plaintiffs and Defendant Clark County School District ("CCSD"), by and through their attorneys of record, and hereby stipulate and agree that the District may have up to and including December 10, 2021[1], to respond to PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS (hereinafter referred to as "the Motion") in this matter.  The Motion was served on October 25, 2021; therefore, the current response date was November 8, 2021.  This is the first request for an extension to the response due date.

This request is being entered for good cause, in good faith, and not for reason of delay.  The Parties have agreed to engage in settlement of all outstanding claims inclusive of Plaintiffs'

---

[1] The day after the District's Board of Trustee meeting scheduled to authorize final resolution of the current action.

attorney's fees and costs. Further, Defendant's counsel was not able to file this request for an extension for CCSD's response to the Plaintiffs' Motion on or prior to the due date of November 8, 2021 due to personal illness requiring a doctor's visit.

THEREFORE, the parties respectfully request the response due date be extended thirty-one (31) days up to and including December 10, 2021.

DATED this 9th day of November, 2021.

| CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL | FREEMAN LAW OFFICES, LLC |
|---|---|
| By: */s/ Phoebe V. Redmond*<br>PHOEBE V. REDMOND, ESQ.<br>Nevada Bar No. 9657<br>5100 West Sahara Avenue<br>Las Vegas, Nevada  89146<br>*Attorney for Defendant, CCSD* | By: */s/ Hillary D. Freeman*<br>HILLARY D. FREEMAN, ESQ.<br>N.J. Attorney I.D. No. 002362006<br>(Admitted *Pro Hac Vice*)<br>103 Carnegie Center, Suite 101<br>Princeton, New Jersey 08540<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 9th day of November, 2021.