CLARK COUNTY SCHOOL DISRICT
OFFICE OF THE GENERAL COUNSEL
PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Tel:  (702) 799-5373
Fax:  (702) 799-5505
redmopv@nv.ccsd.net
*Attorney for Defendant, Clark County School District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| O.R., BY AND THROUGH HER PARENTS, SIG AND LORI ROGICH AND SIG AND LORI ROGICH, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CASE NO.:  2:17-cv-01541-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS FILED PURSUANT TO ECF No. 87**<br><br> **(THIRD REQUEST)** |

COME NOW, Plaintiffs O.R., by and through her Parents, Sig and Lori Rogich and Sig and Lori Rogich, individually, ("Plaintiffs"), and Defendant Clark County School District ("Defendant"), by and through their attorneys of record, and hereby stipulate and agree that Defendant may have up to and including January 31, 2022, to respond to **PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COST, Filed Pursuant to ECF No. 87** in this matter.

On December 12, 2021, the Court ordered that Defendant's response was due January 3, 2022 (ECF No. 91). The Plaintiffs and Defendant acknowledge that a settlement check has been issued by Defendant and received by the Plaintiffs.  Additional time is needed to allow the deposited funds to be processed and released by Plaintiffs' bank.  Upon release of the

settlement funds by Plaintiffs' bank, Plaintiffs will withdraw their pending Motion thereby rendering the subject moot. This is the third request for an extension of time, however, this request is being entered for good cause, in good faith and not for reason of delay.

THEREFORE, the parties respectfully request the response due date be extended up to and including January 31, 2022.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 3, 2022. | Dated: January 3, 2022. |
| FREEMAN LAW OFFICES, LLC | CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL |
| By: */s Hillary Freeman* <br> HILLARY D. FREEMAN, ESQ. <br> N.J. Attorney I.D. #002362006 <br> 103 Carnegie Center, Suite 300 <br> Princeton, New Jersey 08540 <br> *Attorneys for Plaintiffs* | By: */s/  Phoebe Redmond* <br> PHOEBE V. REDMOND, ESQ. <br> Nevada Bar No. 9657 <br> 5100 West Sahara Avenue <br> Las Vegas, Nevada  89146 <br> *Attorney for Defendant* |

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 3rd day of January, 2022.